**CRIMINAL CAUSE FOR PLEADING:**

BEFORE: ALLYNE R. ROSS, U.S.D.J.     DATE: 12/28/2011     TIME: 11:00am
CR-11-155

DEFT NAME: Selvin **Morris**                                    #
     ✓ present     ___ not present     ✓ cust.     ___ bail

DEFENSE COUNSEL: Marion Seltzer
     ✓ present     ___ not present     ✓ CJA     ___ RET.     LAS

A.U.S.A.: Alex Solomon  *Daniel Spector for*     CLERK: D. LASALLE

Rep. C. Hesding                                          OTHER:
INT:     (LANG.-     )

x__ CASE CALLED.     ___ DEFTS FIRST APPEARANCE.
DEFT x__ SWORN     ___ ARRAIGNED  x__ INFORMED OF RIGHTS
     ___ WAIVES TRIAL BEFORE DISTRICT COURT

___ WAIVER OF INDICTMENT EXECUTED FOR DEFT.
___ SUPERSEDING INDICTMENT / INFORMATION FILED.
___ DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.
___ DEFT ENTERS A PLEA OF NOT GUILTY TO ALL CTS.

___ DEFT ENTERS **GUILTY PLEA** TO CTS._____ OF
     (Superseding) INDICTMENT/INFORMATION.
✓ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS.
     ___ONE___ OF THE (Superseding) (INDICTMENT) /
     INFORMATION.
x__ COURT FINDS FACTUAL BASIS FOR THE PLEA.
x__ SENTENCING SET FOR *April 26, 2012 @ 11:00am*.

___ DEFT ENTER **NOT GUILTY PLEA**.
✓ BAIL ___ SET ___ CONT'D FOR DEFT.
✓ DEFT CONT'D IN CUSTODY.
___ CASE ADJ'D TO_____ FOR _____
___ JYSELECT SET FOR _____ ___ BY MAG.
___ TRIAL SET FOR _____
___ **SPEEDY TRIAL** INFO FOR DEFT ___ STILL IN EFFECT
     CODE TYPE_____ START_____ STOP_____

_____ ORDER / WAIVER EXECUTED & FILED.     ___ ENT'D ON RECORD.

OTHER: Plea agreement marked as court exhibit one; Plea agreement returned to AUSA *Spector*.